Herz et al., Appellants, *v.* Pennsylvania R. R.

Argued December 3, 1930. Before FRAZER, C. J., WALLING, SIMPSON, KEPHART, SADLER, SCHAFFER and MAXEY, JJ.

*Robert M. Bernstein,* with him *Arthur M. Harrison,* for appellants.

*Owen J. Wister* and *Francis Biddle,* of *Barnes, Biddle & Myers,* for appellee, were not heard.

PER CURIAM, January 5, 1931:

The order of the court below discharging plaintiffs' rule for leave to amend the statement of claim in this action is clearly correct, and the judgment entered thereon is affirmed on the opinion of the learned court below.

Judgment affirmed.